Order entered January 15, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00758-CV

**AMBER AND ANTHONY GARDNER, INDIVIDUALLY AND NEXT FRIEND OF A.G.,**
**Appellant**

**V.**

**CHILDREN'S MEDICAL CENTER OF DALLAS, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-03686**

## ORDER

Appellee's unopposed motion for leave to file a letter brief is **GRANTED**, and appellee's

letter brief is ordered filed in the above cause.

/s/     ELIZABETH LANG-MIERS
         JUSTICE